```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 11652
   WAYNE CAESAR SCOTT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0121

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/29/2007 and was not confirmed.

    The case was dismissed without confirmation 03/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC      UNSECURED         11934.93        .00            .00
AMC MORTGAGE SERVICES    CURRENT MORTG         .00         .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE         .00         .00            .00
AMC MORTGAGE SERVICES    UNSECURED       NOT FILED         .00            .00
AMC MORTGAGE SERVICES IN NOTICE ONLY     NOT FILED         .00            .00
US DEPT OF EDUCATION     UNSECURED         26611.10        .00            .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                     --------------     --------------
TOTALS                    .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```